■ In the Matter of JPR CONSTRUCTION CORP., Petitioner, v RAYMOND P. MARTINEZ, Respondent. [782 NYS2d 647]—

Proceeding pursuant to CPLR article 78 to review a determination of Raymond P. Martinez, the Commissioner of the New York State Department of Motor Vehicles Appeals Board, dated April 7, 2003, affirming a determination of an Administrative Law Judge, dated October 2, 2002, which, after a hearing, found that the petitioner violated New York City Traffic Rules and Regulations (34 RCNY) § 4-15 (b) (9), and imposed a penalty.

Adjudged that the determination is confirmed, the petition is denied, and the proceeding is dismissed on the merits, with costs.

Contrary to the petitioner's contention, the service of the summons on the driver of its truck was authorized by Vehicle and Traffic Law § 385 (20-a) (*see* Vehicle and Traffic Law §§ 1600, 1642 [a]; *Matter of IESI NY Corp. v Martinez,* 8 AD3d 667 [2004]; *Matter of Sureway Towing v Martinez,* 8 AD3d 490 [2004]; *Matter of Clinton Ave. Constr. Corp. v Martinez,* 8 AD3d 273 [2004]; *Matter of Fast Container Serv. Corp. v State of New York Dept. of Motor Vehs. Traffic Violations Bur. Appeals Bd.,* 232 AD2d 413 [1996]; *Matter of Corona Ready Mix v State of N.Y. Dept. of Motor Vehs. Traffic Violations Bur. Appeals Bd.,* 226 AD2d 630 [1996]). The service provisions of CPLR 311 have no application to this administrative proceeding (*see* CPLR 101, 103 [b]; *Matter of IESI NY Corp. v Martinez, supra; Matter of Clinton Ave. Constr. Corp. v Martinez, supra*). Prudenti, P.J., Krausman, Adams and Spolzino, JJ., concur.